**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1349**

_____

PATRICK MATTETE,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals. (A96-451-506)

_____

Submitted: August 17, 2005          Decided: August 30, 2005

_____

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Patrick Mattete, Petitioner Pro Se. Carol Federighi, M. Jocelyn Lopez Wright, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patrick Mattete, a native and citizen of Tanzania, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's order denying his applications for asylum, withholding of removal, and protection under the Convention Against Torture. Mattete disputes the finding that he failed to meet his burden of proof to qualify for withholding of removal. We have reviewed the record and conclude that substantial evidence supports the finding that Mattete failed to demonstrate eligibility for this relief. See 8 C.F.R. § 1208.16(b) (2005).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED